UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **TERRY L. DELK** ] | |
|     **Plaintiff,** ] | |
| ] | |
| **v.** ] | No. 3:14-0588 |
| ] | Judge Campbell |
| **JOHN DOE** ] | |
|     **Defendant.** ] | |

### O R D E R

The plaintiff is an inmate at the Campbell County Jail in Jacksboro, Tennessee. He has submitted a *pro se* complaint (Docket Entry No.1) under 42 U.S.C. § 1983 and an application to proceed in forma pauperis (Docket Entry No.2).

A prisoner seeking pauper status must include "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint" along with his application to proceed in forma pauperis. 28 U.S.C. § 1915(a)(2). Unfortunately, the plaintiff has neglected to provide such a statement.

In addition, the Court notes that the plaintiff has not named any defendant(s), nor has he set forth any specific prayer for relief.

Accordingly, the plaintiff is hereby GRANTED thirty (30) days

from the date of entry of this order on the docket in which to (1) either pay the full filing fee of four hundred dollars ($400) or submit the aforementioned certified statement from the custodian of his inmate trust account, and (2) amend the complaint by identifying with specificity the defendant(s) and the relief being sought from the Court.

The plaintiff is forewarned that, should he fail to timely comply with the instructions of the Court, his application to proceed in forma pauperis will be denied, the filing fee will be assessed against him and collected from his inmate trust account, and this action will be dismissed for failure to comply with the instructions of the Court and for want of prosecution. McGore v. Wrigglesworth, 114 F.3d 601, 605 (6th Cir.1997); Rule 41(b), Fed. R. Civ. P.

It is so ORDERED.

Todd Campbell
United States District Judge