UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| TERRY L. DELK | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 3:14-0588 |
| | ] | Judge Campbell |
| JOHN DOE | ] | |
| Defendant. | ] | |

## O R D E R

The plaintiff is an inmate at the Campbell County Jail in Jacksboro, Tennessee. On March 5, 2014, an order (Docket Entry No. 3) was entered granting him thirty days in which to submit a certified six month statement from the custodian of his inmate trust account, 28 U.S.C. § 1915(a)(2), and an amendment to the complaint identifying with specificity the defendant(s) and the relief being sought from the Court.

The thirty day period has expired and the plaintiff has not yet complied with the instructions of the Court. Accordingly, the plaintiff's application to proceed in forma pauperis (Docket Entry No. 2) is DENIED.

The plaintiff is herewith ASSESSED the civil filing fee of $400.00. Pursuant to 28 U.S.C. § 1915(b)(1)(A) and (B), the custodian of the plaintiff's inmate trust account at the institution where he now resides is directed to submit to the Clerk of Court, as an initial partial payment, whichever is greater of:

(a) twenty percent (20%) of the average monthly deposits to the plaintiff's inmate trust

account; **or**

(b) twenty percent (20%) of the average monthly balance in the plaintiff's inmate trust account for the prior six (6) months.

Thereafter, the custodian shall submit twenty percent (20%) of the plaintiff's preceding monthly income (or income credited to the plaintiff's trust account for the preceding month), but only when such monthly income exceeds ten dollars ($10.00), until the full filing fee has been paid to the Clerk of Court. 28 U.S.C. § 1915(b)(2).

This action is hereby DISMISSED for failure to comply with the instructions of the Court and for want of prosecution. McGore v. Wrigglesworth, 114 F.3d 601, 605 (6th Cir. 1997). The Clerk is directed to send a copy of this order to the Sheriff of Campbell County to insure that the custodian of plaintiff's inmate trust account complies with that portion of the Prison Litigation Reform Act relating to the payment of the filing fee.

Entry of this order shall constitute the final judgment in this case.

It is so ORDERED.

Todd Campbell
United States District Judge